

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8582 | **DATE** | JAN 1 8 2013 |
| **CASE TITLE** | Gerald Reed (N32920) v. Lt. Kirk | | |

**DOCKET ENTRY TEXT:**

Waivers of service were returned executed for defendants Hardy, Edwards, Tolley, Johnson, Thompson, and Coleman. (Dkt. Nos. 11-17). These defendants were previously dismissed by the Court's 28 U.S.C. 1915A screening order. (Dkt. No. 6). Waivers of service requests were sent to these defendants in error. The Clerk is instructed to strike these waivers of service. (Dkt. Nos. 11-17).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CR |
|---|---|---|