UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

GERALD REED )
  PLAINTIFF )
 )
VS. ) CASE NO: 12 C 8582
 )
PERRY KIRK ) Presiding Judge:
  DEFENDANT )       JAMES B. ZAGEL

FILED
APR 19 2013
April 19 2013 MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR PRELIMINARY INJUNCTION / RESTRAINING ORDER

Now comes Plaintiff Gerald Reed pro-se. Asking this Honorable Judge, James B. Zagel to grant a court order. Restraining permant that prevents Defendant Lt. Perry Kirk from furthering harrassing and threatning Plaintiff. Because of the complaint against Defendant

Plaintiff will demostrate that on numberous accausions Defendant has cause threats and harrassments towards Plaintiff. to scarred Plaintiff. with segregation and/or disiplinarly actions. Or some type of retaliation of some sort.

1.) On April 14th 2013, Plaintiff was entering the Dinning Hall for lunch. When Lt. Kirk (Defendant) walked up in Plaintiff face threatning him. If he don't get off the fence talking he would walk him to segregation.

2.) Plaintiff had not lean or stopped on the fence to talk with anyone. Plaintiff was plainly walking in the Dinning Hall to obtain his chow as he often do. when he comes out for chow.

3.) Plaintiff most times stays in his cell. To avoid the harrassment and threats. and/or refuse to not put any more pain and strain on his leg and hip. which gives him sever pain daily.

(1)

4.) Plaintiff is subjected to this issue Any and everytime that he goes to the Dinning Hall. A friends and/or a kind prisoner assist in helping plaintiff with his tray/food to the table.

5.) On this date April 14th. Defendant plainly sees that plaintiff has two crutch's and can't grab his own food/tray. And refuse to allow another prisoner to grab two trays. One for hinself and one for me. As it is often done. When plaintiff goes to the Dinning Hall.

6.) Most days the LT. that's in the Dinning Hall allow this process to go forth. Someone else assisting plaintiff with his tray. Even the food supervisor. Ask that someone assist a disability person. Because that person is unable to hold on to two crutches and grab his own tray.

4.) This defendant further harrass plaintiff, when he walks pass plaintiffs cell each nite. He constantly make detrptory comments. Toowards plaintiff and/or well knowing plaintiff is sleep. Waking plaintiff up. And stare at plaintiff.

Wherefore plaintiff ask this honorable Judge to in place a permanent injunction for a preliminary injunction. That Defendant LT. Kirk. Be seperated from plaintiff by giving Gerald Reed a restraining order. And placing defendant in NRC. Stateville Corr. Center. Is seperated in two facility one for maximum facility and the other part is for Intake/RPHs/MSC. Ect. And plaintiff is only requesting that plaintiff be granted this injunction to prevent any further harrassments, threats, and in fear of his life

Date April 17th 2013

Notify

I, Gerald Reed, depose and state under the penalty of perjury, pursuant to 735 ILCS 5/1-109 of the code of civil procedures that the foregoing is true and correct.

Submitted Gerald Reed
Gerald Reed Pro-se
#N-32900
P.O. Box 112
Joliet Ill. 60434-0112