UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gerald Reed

                    Plaintiff,

v.                                        Case No.: 1:12–cv–08582
                                            Honorable James B. Zagel

Marcus Hardy, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2014:

       MINUTE entry before the Honorable James B. Zagel: Status hearing held. Defendants' Motion for Leave to File PLRA Answer [72] is granted and Defendant's oral motion for leave to file PLRA answer is granted as stated on the record. Counsel shall provide a transcript of Plaintiff's deposition to the court. Status hearing set for 7/29/14 at 9:15 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.