UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Gerald Reed
           Plaintiff,

v.                                  Case No.: 1:12−cv−08582
                                       Honorable James B. Zagel

Tolley, et al.
           Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference. (ep, )Mailed notice.

Dated: September 27, 2016

                                                                             /s/ James B. Zagel

                                                                  United States District Judge