NG

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 2 1 2016 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GERALD REDD )
PLAINTIFF )
)
PERRY KIRK ED, AL )
DEFENDANTS )

c/o 12 CV 8582

HONORABLE JAMES B. ZAGEL
Judge Presiding

SETTLEMENT AGREEMENT AND GENERAL RELEASE

THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE (AGREEMENT) IS MADE AND ENTERED ONLY ON/AND BY PRO-SE PLAINTIFF IN THIS MATTER. AND ASKING PERRY KIRK, ADA JOHNSON, AND Phyllis Folley through their Attorney, to respond to the following facts, of INFORMATION AND COUNTER RESPONSE

RECITALS

WHEREAS, the PLAINTIFF files A suit in the UNITED STATES DISTRICT COURT. For the Northern District of ILLINOIS, EASTERN DIVISION, ENTITLED REDD V. HARDY ED, AL NUMBER 12 CV 8582 (HEREINAFTER REFERRED to AS A Action) STATING A VIOLATION OF Rights to protect by STATUE(S) REGULATION(S) COMMON LAW, the CONSTITUTION OF THE STATE OF ILLINOIS AND /OR CONSTITUTION OF THE UNITED STATES.

DEFENDANTS VIOLATED PLAINTIFF'S CONSTITUTIONAL Right when they failed to protect PLAINTIFF FROM Acts of violence that they knew could cause harm to him. AND fail to take ACTION to prevent such DANGER.

1. PLAINTIFF has ask for document that would truly show the injuries of the physical harm that was caused to PLAINTIFF. But DEFENDANTS AND their SUCCESSORS, took

Actions to prevent Plaintiff from viewing document(s)
pictures from I.A. (Internal Affairs) of Plaintiffs
(Injuries).

The courts agreed with Plaintiff on a genuine
issue of facts. And these fact can be presented
in front of a jury for a trial. Defendant Tolley
fail to tell I.D.O.C. that the nature of Reed's infor-
mation was sensitive and that some cause of action
should be taken (serious). Plaintiff injuries could have
been life threaten. Due to the records of Inmate Reese
and/or something serious may have happen. And when
Defendant Tolley found out that she fail to alert staff
at I.D.O.C. she turned a blind eye. And refuse to see
Plaintiff. After the damage was done.
Plaintiff ask that Defendant Tolley of Wexford Health
Service give Reed 25,000 for his injuries.

Defendant Perry Kirk pay 30,000. for his total
Role in this Retaliation, and that he fail to answer
any part of the Plaintiff answer to summary judgement
proves that his actions total up to him liable.
Defendant AWA Johnson, Is liable for not taken
into consideration the cries for help and assistance
by moving Reed from a dangerous person. Who she also
could cause injury to Plaintiff. Plaintiff ask that
I.D.O.C. and AWA Johnson give 30,000.
Gerald Reed

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GERALD REED
PLAINTIFF

vs.

PERRY KING ET, AL
DEFENDANTS

No 12 CV 8582

Honorable JAMES B. ZAGEL
Judge Presiding

**FILED**

DEC 2 1 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

NOW COMES GERALD REED PRO-SE
FILING THIS SETTLEMENT AGREEMENT through
the COURTS, DUE to NEW COUNSEL has also
FORWARD ANY INFORMATION to PLAINTIFF. So
that PLAINTIFF CAN SUBMIT AN ANSWER. Respectfully
honoring the COURTS RECOMMENDATION to SETTLE.
ASKING the COURTS to FORWARD the SETTLEMENT
AGREEMENT to the CURRENT COUNSEL.

TO: FORMAL ATTORNEY
BRAIN P. CUMMINGS
ILL. ATTORNEY GENERAL OFFICE
100 W. RANDOLPH ST. 13th Fl.
CHI ILL. 60601

TO: PATRICK E. HALLIDAY
111 NORTH SIXTH STREET 2nd Floor
SPRINGFIELD ILL. 62701

DATE: 11/30/2016

/S/ Gerald Reed
GERALD REED
N-32920
P.O. BOX 112
JOLIET ILL. 60434-0112

Mr. Gerald Reed
#N-32990
P.O. Box 112
Joliet Ill. 60434-0112

IDOC INMATE
LEGAL MAIL

19 DEC 16
PM 3 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 60403 $ 000.46⁵
02 1W
0001394077 DEC 17 2016

12/21/2016-14

2016 DEC 21 AM 11:38 MT

PC

Clerk of the U.S. Dist. Court
219 South Dearborn
Chicago Ill. 60604

60604✳1800

CONFIDENTIAL MAIL