## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gerald Reed
                     Plaintiff,

v.                                       Case No.: 1:12–cv–08582
                                                       Honorable Jorge L. Alonso

Tolley, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 4, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. Settlement reached. The parties expect to file a stipulation to dismiss pursuant to settlement by 3/06/17. The matter is set for a status hearing with the magistrate judge on 2/07/17 at 10:30 a.m. for a report on the parties' progress in finalizing their settlement documents. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.