## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Gerald Reed

                    Plaintiff,

v.                                           Case No.: 1:12−cv−08582
                                                      Honorable Jorge L. Alonso

A. Johnson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 8, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 9/7/17 at 10:15 a.m. to report on settlement. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 9/7/17. Defendant Tolley is dismissed. Defendants' counsel shall arrange for Plaintiff to be present at the status hearing by telephone. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.